NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARY LEE NORMAN,
DOC #H20835,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No. 2D18-2188

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Howard L. Dimmig, II, Public Defender, and
Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Gary Lee Norman, Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.

        Affirmed.


VILLANTI, LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.